Steve Janitch, Appellee, v. Coca Cola Bottling Company of Chicago, Inc., Appellant.

Gen. No. 42,619.

Heard in the third division, first district, this court at the April term, 1943; opinion filed February 2, 1944. James A. Dooley, for appellant; Ringer, Reinwald & Sostrin, for appellee; Morris Sostrin, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.